**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2098**

In re:  EDWARD DANE JEFFUS,

        Petitioner.

On Petition for Writ of Mandamus.  (1:17-cv-00910-NCT-JEP)

Submitted:  December 17, 2019                       Decided:  December 30, 2019

Before NIEMEYER, MOTZ, and AGEE, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Edward Dane Jeffus, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Dane Jeffus petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his petition for a writ of error coram nobis. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Jeffus' petition and dismissed the action on November 4, 2019. Accordingly, because the district court has recently decided Jeffus' case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*